**\*E-FILED 11-02-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON LORRAINE,<br><br>　　　　Plaintiff,<br>　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>　　　　Defendant._____/ | No. C09-03322 HRL<br><br>**ORDER RE PLAINTIFF'S "NOTICE OF REMOVAL"**<br><br>**[Re:　Docket No. 4]** |

　　　　Several weeks after the instant action was filed, the court received a request from plaintiff stating, "This letter is my notice of removal of my Case No. C09-03322HRL." (Docket No. 4). It is not entirely clear what plaintiff intends. Inasmuch as she filed her complaint in this court, she cannot be referring to removal under 28 U.S.C. § 1441, which governs the removal of cases filed in a state court to federal court. Instead, it appears that her letter is meant to be a notice of voluntary dismissal. Plaintiff is within her rights to do so. See Fed.R.Civ.P. 41(a)(1). This court believes that plaintiff would like to voluntarily dismiss this lawsuit without prejudice – i.e., all scheduled appearances and hearings will be vacated, the court's file will be closed, and the case will be terminated.

　　　　However, if this is <u>not</u> what plaintiff intends, then **no later than November 13, 2009**, she shall so advise this court in writing. If the court does not hear from plaintiff by the November 13, 2009 deadline, (a) it will assume that plaintiff's silence means that she intends to

1  have this case dismissed and (b) the lawsuit will be terminated and the file closed.

2      SO ORDERED.

3  Dated:    November 2, 2009

4  
5  HOWARD R. LLOYD
   UNITED STATES MAGISTRATE JUDGE

1   5:09-cv-3322-HRL Notice mailed to:

2   Sharon Lorraine
    4623 Corona Drive
3   San Jose, CA 95129

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California