**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sharon Lorraine, | NO. C 09-03322 JW |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| United States Department of Health and Human Services, | |
| Defendant. | |
| _____ / | |

On December 7, 2009, the Court received a letter from Plaintiff advising the Court that she wishes to voluntarily dismiss her case. (Docket Item No. 10.) In light of Plaintiff's pro se status, the Court construes Plaintiff's letter as a Notice of Voluntary Dismissal. Since no responsive pleading has been filed, Plaintiff may dismiss her case without prejudice. Accordingly, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 41(a).

The Clerk shall close this file.

Dated: December 9, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sharon Lorraine
4623 Corona Drive
San Jose, CA 95129

| | |
|---|---|
| **Dated: December 9, 2009** | **Richard W. Wieking, Clerk** |
| | **By:** /s/ JW Chambers<br>     **Elizabeth Garcia**<br>     **Courtroom Deputy** |